UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| VAUGHN LEE TAYLOR | ) | |
| | ) | |
| v. | ) | NO. 3:03-cv-667 |
| | ) | (CR. 3:02-cr-70) |
| UNITED STATES OF AMERICA | ) | |

### ORDER OF JUDGMENT

In accordance with the accompanying memorandum opinion, this *pro se* motion to vacate, set aside or correct a sentence pursuant to 28 U.S.C. § 2255 is **DENIED** [Doc. 1]. Should the petitioner file a timely notice of appeal, it will be treated as an application for a certificate of appealability, which is **DENIED**, *see* 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b), because he has not made a substantial showing of the denial of a constitutional right, since reasonable jurists would not debate whether the Court's procedural ruling and resolution of the substantive issues were correct. *Porterfield v. Bell*, 258 F.3d 484, 485-86 (6th Cir. 2001).

**ENTER**:

        *s/ James H. Jarvis*
        JAMES H. JARVIS
        SENIOR U. S. DISTRICT JUDGE